**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7123**

———————

RAYMOND DARNELL JOHNSON,

        Plaintiff - Appellant,

    v.

ORANGE COUNTY, VA, A Municipal Corporation; CCA,
(Corrections Corporations of America),

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Norman K. Moon, Senior
District Judge. (7:12-cv-00259-NKM-RSB)

———————

Submitted:  September 11, 2012     Decided:  September 14, 2012

———————

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Raymond Darnell Johnson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Darnell Johnson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Johnson's motion for trial and affirm for the reasons stated by the district court. Johnson v. Orange Cnty., Va., No. 7:12-cv-00259-NKM-RSB (W.D. Va. June 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED